# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAIME MARTINEZ, <br>     Petitioner, <br>   v. <br> BOARD OF PAROLE HEARINGS, et al., <br>     Respondent. | No. CV 11-200-GHK (AGR) <br><br> **JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied.

DATED: 8/15/11

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE